UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

---

In re: MAYS, JESSICA COLLEEN          Case No.12-71567

                                                     (Chapter 7)

       Debtor.

---

## MOTION TO DISMISS OBJECTION TO AMENDED HOMESTEAD DEED

---

COMES NOW, George A. McLean, Jr., Trustee for the above estate, states as follows:

1. Trustee filed an Objection to Amended Homestead Deed with negative notice of the objection on April 1, 2013.

2. Since the filing of the objection and notice, all matters have been resolved.

WHEREFORE, Trustee prays that his Objection to Amended Homestead Deed be dismissed, and that the court grant such other and further relief as the court may find warranted.

                                                    /s/ George A. McLean, Jr.
                                                    Trustee in bankruptcy

George A. McLean, Jr.
VSB #14018
P. O. Box 1264
Roanoke, Virginia 24006
(540) 982-8430
    Trustee in Bankruptcy

1