UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

_____

In re: MAYS, JESSICA COLLEEN  　　　　　Case No.12-71567
　　　　　　　　　　　　　　　　　　　　　(Chapter 7)
Debtor.

_____

ORDER DISMISSING OBJECTION TO AMENDED HOMESTEAD DEED
_____

THIS DAY CAME, George A. McLean, Jr., Trustee for the above estate, upon his Motion to Dismiss Objection to Amended Homestead Deed.

UPON CONSIDERATION WHEREOF and for good cause shown, it is

ORDERED that the Trustee's Objection to Amended Homestead Deed is dismissed.

**ENTER this the 9th day of April, 2013.**

_William F. Stone, Jr._
_____
JUDGE

I ask for this:

/s/ George A. McLean, Jr.
George A. McLean, Jr.
VSB #14018
P. O. Box 1264
Roanoke, Virginia 24006
(540) 982-8430
　　Trustee in Bankruptcy

1